BURROWS LAW FIRM, APC
Christopher L. Burrows (SBN 222301)
Email: cburrows@cburrowslaw.com
8383 Wilshire Boulevard, Suite 634
Beverly Hills, CA 90211
Tel: (310) 526-9998
Fax: (424) 644-2446

Attorneys for Plaintiff
(additional counsel listed on following page)

MORGAN, LEWIS & BOCKIUS LLP
Jennifer B. Zargarof, Bar No. 204382
Anahi Cruz, Bar No. 324326
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501
jennifer.zargarof@morganlewis.com
anahi.cruz@morganlewis.com

Attorneys for Defendant
UNITED NATURAL FOODS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MOSLEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>UNITED NATURAL FOODS, INC., a Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:23-cv-05064-MCS-MRW<br><br>Assigned to the Hon. Mark C. Scarsi<br><br>**NOTICE OF PENDING SETTLEMENT**<br><br>**Date Filed:**     May 2, 2023<br>**Date Removed:** June 26, 2023<br>**Trial Date:**     Not Set |

1 | Additional Attorneys for Plaintiff,
2 | the Classes and aggrieved employees
  | THE NOVAK LAW FIRM, P.C.
3 | Sean M. Novak, Esq. (SBN 198307)
4 | Email: smn@novaklawfirm.com
  | 2609 N. Sepulveda Blvd.
5 | Manhattan Beach, Ca 90266
6 | Tel.: (310) 921-8712
  | Fax: (310) 921-8732
7 |
8 | Attorneys for Plaintiff
  | CHRISTOPHER MOSLEY
9
10
...
28

Notice of Pending Settlement      1.      Case No. 2:23-cv-05064-MCS-MRW

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

    **PLEASE TAKE NOTICE** that the Parties to this action have agreed in principle to settle the above-captioned matter on an individual basis. Counsel for the Parties are in the process of preparing the Settlement Agreement and Stipulated Request for Dismissal. The Parties intend to file the Request for Dismissal as soon as practicable, but respectfully request that the Court provide 45 days to file the Request.

    Accordingly, the Parties respectfully request that the Court vacate all future Court dates and associated filing deadlines.

Dated:    September 11, 2023    BURROWS LAW FIRM, APC

    /s/ Christopher L. Burrows
Christopher L. Burrows, Esq.
Attorneys for Plaintiff, the Classes and all similarly aggrieved employees

Dated:    September 11, 2023    MORGAN, LEWIS & BOCKIUS LLP

    /s/    Anahi Cruz
Jennifer B. Zargarof
Anahi Cruz
Attorneys for Defendant
UNITED NATURAL FOODS, INC.

**Filer's Attestation:**

Pursuant to Local Rule 5-4.3.4 regarding signatures, Christopher L. Burrows hereby attests that concurrence in the filing of this document has been obtained from Anahi Cruz.

    */s/ Christopher L. Burrows*
Christopher L. Burrows