UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MOSLEY, on behalf of himself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>　vs.<br><br>UNITED NATURAL FOODS, INC., a Corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:23-cv-05064-MCS-MRW<br><br>Assigned to the Hon. Mark C. Scarsi<br><br>**ORDER ON STIPULATION OF DISMISSAL (ECF NO. 19)** |

# ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to Plaintiff's individual claims and WITHOUT PREJUDICE as to the class claims, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

**IT IS SO ORDERED**.

Dated: October 6, 2023

*Mark C. Scarsi*

Mark C. Scarsi
United States District Judge